# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISABEL BERMUDEZ** *Plaintiff* | : : : : : : : | **CIVIL ACTION** **NO. 18-2004** |
| v. | | |
| **DIVERSIFIED CONSULTANTS INC.** *Defendant* | | |

# ORDER

**AND NOW**, this 1st day of February 2019, upon consideration of the *motion to dismiss for failure to state a claim* filed pursuant to Federal Rule of Civil Procedure 12(b)(6) by Defendant Diversified Consultants Inc. ("Defendant"), [ECF 4], Plaintiff Isabel Bermudez's ("Plaintiff") amended brief in response, [ECF 7], Defendant's reply, [ECF 9], and the allegations contained in Plaintiff's complaint, [ECF 1-1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and Plaintiff's complaint is **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*